# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: STEVEN L. IMLER  
6766 - 11TH STREET, ROOM 46  
ROCKFORD, IL  61109  

SSN-xxx-xx-0369

Case Number: 08-70388

Case filed on: 2/14/2008  
Plan Confirmed on:

U Dismissed   Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,038.42      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,500.00 | 3,500.00 | 846.43 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 846.43 | 0.00 |
| 042 | KAREN STEELE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | STEVEN L. IMLER | 0.00 | 0.00 | 115.38 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 115.38 | 0.00 |
| 001 | NIU EMPLOYEES CREDIT UNION | 3,249.59 | 2,887.00 | 0.00 | 0.00 |
|  | Total Secured | 3,249.59 | 2,887.00 | 0.00 | 0.00 |
| 001 | NIU EMPLOYEES CREDIT UNION | 0.00 | 362.59 | 0.00 | 0.00 |
| 002 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | APPLEVILLE OWNERS ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | B - LINE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CENTURYTEL OF MIDWEST - WISCONSIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CHECK - IT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMED CO | 472.99 | 472.99 | 0.00 | 0.00 |
| 011 | COTTONWOOD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CRA SECURITY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDICHECK OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DEKALB CLINIC CHARTERED | 391.30 | 391.30 | 0.00 | 0.00 |
| 015 | DISH NETWORK CUSTOMER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FORD MOTOR CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | FRIEDMAN & WEXLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | GABRIELLA SARTWELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | GTE WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ILLINOIS TITLE LOANS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | INWAVE INTERNET | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | NIU EMPLOYEES CREDIT UNION | 5,747.28 | 5,747.28 | 0.00 | 0.00 |
| 029 | NORTHLAND GROUP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | OMNIUM WORLDWIDE INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | OSF MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | PUBLISHERS CLEARING HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | RODNEY PAULSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | TORRES CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | DARRYL GRAYSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | FLORENCE NEBLOCK | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | ASSET ACCEPTANCE CORP | 183.99 | 183.99 | 0.00 | 0.00 |
| 043 | JEFFERSON CAPITAL SYSTEMS LLC | 921.41 | 921.41 | 0.00 | 0.00 |
|  | Total Unsecured | 7,716.97 | 8,079.56 | 0.00 | 0.00 |
|  | Grand Total: | 14,466.56 | 14,466.56 | 961.81 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $961.81 |
| Trustee Allowance: | $76.61 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008          By  /s/Heather M. Fagan